

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

| | | | |
|---|---|---|---|
| *Jeffrey Izant* | *Mailing Address:* | *Office Location:* | DIRECT: 301-344-0229 |
| *Assistant United States Attorney* | *6500 Cherrywood Lane, Suite 200* | *6406 Ivy Lane, 8th Floor* | MAIN: 301-344-4433 |
| *Jeffrey.Izant@usdoj.gov* | *Greenbelt, MD 20770-1249* | *Greenbelt, MD 20770-1249* | FAX: 301-344-4516 |

January 25, 2022

<u>Via CM/ECF</u>

The Honorable George J. Hazel
United States District Judge
United States District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re:  <u>*United States v. Reginald Blocker*,
     Criminal No. GJH-18-0060</u>

Dear Judge Hazel:

     I write in response to Defendant Reginald Blocker's motions for early termination of supervised release.  *See* ECF 9, 11.  On October 7, 2008, the Defendant pleaded guilty in the Eastern District of New York to one count of conspiracy to distribute and to possess with intent to distribute more than 500 grams of cocaine.  On March 19, 2009, the Defendant was sentenced to 120 months' imprisonment and 5 years of supervised release.  On February 1, 2018, jurisdiction of the Defendant's supervised release was transferred to the District of Maryland.

     In connection with the Defendant's motions, the U.S. Probation Office has reported to undersigned counsel that, among other things, (1) the Defendant's special assessment has ceased, pursuant to 18 U.S.C. § 3013; (2) the Defendant has completed substance abuse treatment; and (3) the Defendant has remained continuously employed.  The Probation Office further indicated that it has advised Your Honor that it will defer to the Court's decision on the motions.

     Accordingly, and based on the representations from the Probation Office, the government does not object to early termination of the Defendant's supervised release and will defer to the Court's resolution of the motions.

                                    Sincerely,

                                    Erek L. Barron
                                  United States Attorney

                                  /s/_____
                 By:   Jeffrey J. Izant
                         Assistant United States Attorney

**CERTIFICATE OF SERVICE**

The undersigned counsel HEREBY CERTIFIES that, on the 26th day of January, 2022, counsel caused a copy of the foregoing Letter to be sent by First Class, Certified Mail (with receipt requested) to:

Reginald Blocker
[*ADDRESS IN ECF 10*]
Upper Marlboro, MD 20774

By: _____/s/_____
Jeffrey J. Izant
Assistant United States Attorney
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770